# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

157585

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

PAUL ROBERT MANIZAK,
        Defendant-Appellant.

SC:  157585
COA:  342154
Oakland CC:  2017-261877-FH

_____/

By order of December 14, 2018, appellate counsel Tracie Gittleman was directed to file a supplemental brief.  On order of the Court, the brief having been received, the application for leave to appeal the March 13, 2018 order of the Court of Appeals is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2019



Clerk

d0418